# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | | |
|---|---|---|
| Guy Odom | ) | Case Number: 18-116-SMY (Clerk's Office will provide) |
| *Plaintiff/Petitioner(s)* | ) | ☒ CIVIL RIGHTS COMPLAINT pursuant to 42 U.S.C. §1983 (State Prisoner) |
| v. | ) | ☐ CIVIL RIGHTS COMPLAINT pursuant to 28 U.S.C. §1331 (Federal Prisoner) |
| Jeffrey Julius.B | ) | ☐ CIVIL COMPLAINT pursuant to the Federal Tort Claims Act, 28 U.S.C. §§1346, 2671-2680, or other law |
| *Defendant/Respondent(s)* | ) | |

FILED
JAN 22 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

I. JURISDICTION

Plaintiff: Guy Odom

A. Plaintiff's mailing address, register number, and present place of confinement.

M27219.
2600 N Brinton Ave
Dixon, IL 61021-9532

Defendant #1:

B. Defendant Jeffrey Julius.B (a) (Name of First Defendant) is employed as

Lieutenant
(b) (Position/Title)

with Big Muddy River C.C.
(c) (Employer's Name and Address)

251 N Highway 37, INA, IL 62846

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☒ Yes ☐ No

If your answer is YES, briefly explain:
Jeffrey Julius.B works at Big Muddy River C.C. at time of incident.

Defendant #2:

C. Defendant ______________________________ is employed as
(Name of Second Defendant)

N/A

______________________________
(Position/Title)

with ______________________________
(Employer's Name and Address)

______________________________

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ❒ Yes ❒ No

If you answer is YES, briefly explain:

**Additional Defendant(s) (if any):**

D. Using the outline set forth above, identify any additional Defendant(s).

N/A

## II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court relating to your imprisonment? ☐ Yes ☒ No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. Failure to comply with this provision may result in summary denial of your complaint.

1. Parties to previous lawsuits:
   Plaintiff(s):

   Defendant(s):

2. Court (if federal court, name of the district; if state court, name of the county):

3. Docket number:

4. Name of Judge to whom case was assigned:

5. Type of case (for example: Was it a habeas corpus or civil rights action?):

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

7. Approximate date of filing lawsuit:

8. Approximate date of disposition:

NA

III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? ☒ Yes ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☒ Yes ☐ No

C. If your answer is YES,

1. What steps did you take?

I filed the grievance to it's full extent, I appealed and it was denied.

2. What was the result?

I was told it would be investigated but have not received any more info about it.

D. If your answer is NO, explain why not.

N/A

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☐ No

F. If your answer is YES,

1. What steps did you take?

2. What was the result?

G. If your answer is NO, explain why not.

N/A

H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

Bruce Rauner
Governor

John Baldwin
Acting Director

**The Illinois Department of Corrections**

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

November 1, 2017

Guy Odom
Register No. M27219
Dixon Correctional Center

Dear Mr. Odom:

This is in response to your grievance received on October 12, 2017, regarding a disciplinary report dated September 10, 2017 and Staff Conduct (Lt. Julius 9/10/17), which was alleged to have occurred at Big Muddy River Correctional Center. This office has determined the issue will be addressed without a formal hearing.

Offender Odom's October 5, 2017 grievance states in summary that prior to receiving this issued report, Lt. Julius approached him (Odom) and struck him across his face.

Based on a total review of all available information and a compliance check of the procedural due process safeguards outlined in DR504, this office recommends the grievance be remanded. The claims against Lt. Julius are to be looked into and a report of findings provided to this office. Once advised of the outcome, as it relates to staff, this office finalize this review; including that of the issued report.

FOR THE BOARD: Sherry Benton

Sherry Benton
Administrative Review Board
Office of Inmate Issues

**I concur. Warden of Big Muddy is to have the claims set forth in this grievance against Lt. Julius looked into and a report of findings provided to this office.**

John R. Baldwin
11/3/17

John R. Baldwin
Acting Director

cc: Warden, Dixon Correctional Center
Warden, Big Muddy River Correctional Center
Guy Odom, Register No. M27219
Tickler File, ARB/Inmate Issues

# STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** ODOM, GUY **IDOC Number:** M27219 **Race:** BLK

**Hearing Date/Time:** 9/19/2017 10:00 AM **Living Unit:** DIX-XC-C-20 **Orientation Status:** N/A

**Incident Number:** 201706405/1 - DIX **Status:** Final

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 9/10/2017 | 201706405/1-DIX | JULIUS, JEFFREY B | BMR-DIETARY | 10:40 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 601.Attempt/102a | Assault with Injury<br>Reduced to 601.102b-Attempt<br>*Comments:attempted to strike Lt.* | Guilty |
| 215 | Disobeying a Direct Order Essential to Safety and<br>*Comments:refused d/o to leave dietary* | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

## RECORD OF PROCEEDINGS

Report was read with offender present. Odom stated that he was not guilty. Offender stated that he had went to dietary and was in the front of the line and they tried making him take a tray that was just sitting there. Stated that he got upset and was not thinking straight. Stated that when the food supervisor ordered him to leave he refused to leave the area, and then the Lt. came at him, the Lt. put his hand on him, and he (Odom) then pulled his fist back and told him (Lt.) not to put his fucking hands on him. Stated that he did not assault the Lt. or attempt to assault the Lt. Stated that if he raised his fist up like they said he would have went ahead and finished it. Odom then admitted that he did refuse to leave the area like the report stated. DOC 0443 Mental Health Disciplinary Review was received, entered as record, and reviewed by the committee prior to disciplinary action.

## BASIS FOR DECISION

The committee reviewed all available evidence in support of the offenses listed in the report alleged to have been committed by offender Odom. The committee is satisfied that offender Odom is guilty of the 215 Disobeying a Direct Order Essential to Safety and Security, and a reduced charge of 601 of 102B Assault. This decision was reached based on the report written by Lt. Julius stating that offender Odom refused numerous orders given by staff to leave the area near the serving line resulting in the use of force(215), then offender then approached Lt. with fists clenched and with a right hand attempted to strike the Lt.(601 of 102b), and continued to resist being restrained requiring 4 additional staff to finally secure the offender in restraints(215), the statement offender Odom gave to the committee in which he stated in part that he was guilty of refusing to leave the area as listed in the report, and the positive identification of offender Odom M27219 using his state ID card.

## DISCIPLINARY ACTION *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 3 Months C Grade | 3 Months C Grade |
| 2 Months Segregation | 2 Months Segregation |
| 6 Months Contact Visits Restriction | 6 Months Contact Visits Restriction |

**Basis for Discipline:Nature of offense**

## Signatures
**Hearing Committee**

| Name | Signature | Date | Race |
|---|---|---|---|
| REMMERS, MICHAEL D - Chair Person | | 09/19/17 | WHI |
| HERNANDEZ, JOSE A | | 09/19/17 | HSP |

Recommended Action Approved

**Run Date: 10/3/2017 12:14:44**

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** ODOM, GUY **IDOC Number:** M27219 **Race:** BLK

**Hearing Date/Time:** 9/19/2017 10:00 AM **Living Unit:** DIX-XC-C-20 **Orientation Status:** N/A

**Incident Number:** 201706405/1 - DIX **Status:** Final

**Final Comments:** N/A

JOHN R VARGA / JRV 10/3/2017 — [signature] — 10/03/17

**Chief Administrative Officer** **Signature** **Date**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

[signature] 10/4/17 [initials]

**Employee Serving Copy to Committed Person** **When Served - - Date and Time**



**Run Date: 10/3/2017 12:14:44**

2017004055

1983 LawSuit Form

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Disciplinary Report**

**Type of Report:** x Disciplinary ☐ Investigative

BMRCC
Facility

Date: 09/10/2017

Offender Name: Guy Odom ID #: M27219

**Offense Information:**

Observation Date: 09/10/2017 Approximate Time: 10:40 x a.m. ☐ p.m. Location: Dietary

**Offense(s): DR 504:** 601-AIDING AND ABETTING, ATTEMPT, SOLICITATION, 102A-ASSAULT WITH INJURY OR CONSPIRACY, 215-Disobeying A Direct Order Essential To Safety And Security

**Observation:** (NOTE: Each offense identified above must be substantiated.) .On the above date and approximate time this Lieutenant J. Julius #3150 observed inmate Guy Odom #M27219 in the serving line in Dietary refusing numerous direct orders to leave Dietary from C.O. Newman and Food Supervisor Ames. This L.T. heard inmate Odom yelling "I aint going nowhere". This L.T. stated to inmate Odom you have been told to leave dietary and you need to go back to your cellhouse. Inmate Odom came at this L.T. with both fists clenched and drew back with his right hand and was attempting to strike this L.T. This L.T. struck inmate Odom with a right hand on the left side of his head to defend myself from his attack. Inmate Odom fell to the floor and continued fighting and refusing to be restrained. It required four staff to restrain Odom in handcuffs and then he was taken to Segregation. Inmate Guy Odom M27219 posititive id'ed by state id card

**Witness(es):** Officer B. Newman#7119 Food Supervisor B. Ames#2992

☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| Reporting Employee (Print Name) | Badge # | Signature | Date | Time |
|---|---|---|---|---|
| Lt. J. Julius | 3150 | [signature] 3150 | 9-10-2017 | 12:00 ☐ a.m. ☒ p.m. |

**Disciplinary Action:**

**Shift Review:** ☑ Temporary Confinement ☐ Investigative Status Reasons: Seriousness of offense

Major Monti 650 — Printed Name and Badge #
Major Monti 650 — Shift Supervisor's Signature (For Transition Centers, Chief Administrative Officer)
9/10/17 — Date

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer Comment: Nature of Offense

☒ **Major Infraction,** submitted for Hearing Investigator, if necessary and to Adjustment Committee

☐ **Minor Infraction,** submitted to Program Unit

Major J. Bach 578 — Print Reviewing Officer's Name and Badge #
[signature] 578 — Reviewing Officer's Signature
9/10/17 — Date

☒ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

CS Hutchinson — Print Hearing Investigator's Name and Badge #
[signature] — Hearing Investigator's Signature
9-11-17 — Date

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☒ Check if offender refused to sign ______ Offender's Signature ______ ID#

Danny Walden — Serving Employee (Print Name) 11215 — Badge # [signature] — Signature

9-11-17 — Date Served 9:00 — Time Served ☒ a.m. ☐ p.m.

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

______ Offender's Signature ______ ID#

---

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

______ Date of Disciplinary Report ______ Print offender's name ______ ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|
| | | | |

Witness can testify to: ______

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|
| | | | |

Witness can testify to: ______



Distribution: Master File, Offender, Facility (2)

*Printed on Recycled Paper*

DOC 0317 (Rev. 2/2007)

ILLINOIS DEPARTMENT OF CORRECTIONS
# OFFENDER'S GRIEVANCE

Date: 10-5-17 | Offender: (Please Print) Guy Odom | ID#: M27219

Present Facility: Dixon | Facility where grievance issue occurred: Big Muddy River

NATURE OF GRIEVANCE:

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify) ______

☒ Disciplinary Report: 9 / 10 / 17 (Date of Report) Big Muddy River (Facility where issued)

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if **EMERGENCY** grievance.
**Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 9-10-17 at 10:40 am, I was in dietary and was having a disagreement with Food Supervisor B. Ames #2992 when Lt. J. Julius #3150 walked towards me and told me to leave without knowing nor asking for any explanations to what was going on. At this I turned to him trying to explain to Lt. J Julius #3150 the situation thinking he could help, immediately Lt. J Julius #3150 put his left hand on my right shoulder and shoved me and ~~attempt~~ attempt to make me leave dietary, at this I told Lt. J Julius #3150 not to push me while shrugging my shoulder to disengage his hand from my shoulder which Lt. J Julius #3150 responded by striking me with a closed right hand to the left side of my face (which

**Relief Requested:** ______

☐ Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[signature] Offender's Signature | M27219 ID# | 10 / 5 / 17 Date

**(Continue on reverse side if necessary)**

## Counselor's Response (if applicable)

Date Received: ___/___/___ ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: ______

Print Counselor's Name ______ Counselor's Signature ______ Date of Response ___/___/___

## EMERGENCY REVIEW

Date Received: ___/___/___ Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature ______ Date ___/___/___

resulted with a cut to my lower lip). I fell to the floor bleeding in confused while multiple C/o's restrained me. I was then taken to segregation. While there I was upset, anger and completely confused as to why I was struck by Lt. J. Julius #3150. At this time I became mentally unstable and had to speak with Mental Health I was then placed on a crisis watch where I also received medical attention. The next day 9-11-17, I was extracted from the crisis cell and was medicated forcibly. The following day 9-12-17, I was transfered to Dixon Correctional Center/Special Treatment Center and placed on a crisis watch. I was then placed in segregation 9-16-17. I heard this ticket 9-19-17, which I related this same incident to Lt. Bemmers-Chair Person and Hernandez, Jose of the Hearing Committee. Lt. Bemmers-Chair Person the person I reported my statements to, had changed my statements, which resulted in me receiving numerous disciplinary actions. In the Final Summary Report Lt. Bemmers wrote that I stated, "the Lt. put his hand on him, and he (Odom) then pulled his fist back and told him (Lt.) not to put his fucking hands on him. This is tampering. This is why I received numerous disciplainary actions and why I'm in segregation at this time.

IV. STATEMENT OF CLAIM

A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

On 9-10-17 at 10:40am, I was having a disagreement in dietary with Food Supervisor B.Ames when Lt. Jeffrey Julius #3150 walked over to me and told me to leave without knowing nor asking for any explanations to the situation I turned to explain to Lt. Jeffrey Julius #3150 the situation thinking he could help. immediately Lt. Jeffrey Julius #3150 put his left hand on my right shoulder and shoved me an attempt to make me leave dietary, at this I told Lt. Jeffrey Julius #3150 not to push me while shrugging my shoulder to disengage his hand from my shoulder which Lt. Jeffrey Julius #3150 responded my striking me with a closed fist to the left side of my face (which resulted with a cut to my lower lip), I fell to the floor bleeding and confused while multiple C/O's restrained me. On this day I was seen my medical and mental personal. On 9-11-17, I was extracted from crisis cell and forced medicated. On 9-12-17, I was sent to Dixon Special Treatment center for Mental Health purposes.

V. REQUEST FOR RELIEF

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

50,000.00 in compenatory and 25,000.00 in punitive reprimanded and charged with a felony

VI. JURY DEMAND *(check one box below)*

The plaintiff ☒ does ☐ does not request a trial by jury.

DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 12-22-17
(date)

[signature]
Signature of Plaintiff

2600 N Brinton Ave
Street Address

Guy Odom
Printed Name

Dixon, IL 61021-9532
City, State, Zip

M27219
Prisoner Register Number

Signature of Attorney (if any)

IN THE
United States District Court
For the Southern District of ILL

Guy Odom
Plaintiff )
) Case No.______________
vs. )
)
Jeffrey Julius.B
Defendant )

## PROOF/CERTIFICATE OF SERVICE

To: Clerk of the U.S. District Court

To: ______________________

PLEASE TAKE NOTICE that on 12,22 2017, I have placed the documents listed below in the institutional mail at Dixon Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: 1983 Complaint

Pursuant to 28 USC 1746, 18USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am the named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: 12-22-17

/s/ [signature]
Name: Guy Odom
IDOC # M27219
Dixon Correctional Center
P.O. Box 1200
Dixon, IL 61021

Revised Jan. 2002

# PRISONER CORRESPONDENCE FORM

Please fill out and return this form along with any other pleading you wish to submit to the court. It is your responsibility to keep the court advised of your current address in order for you to receive orders from the court. Failure to do so may result in dismissal of your case for want of prosecution. Once the Prisoner Correspondent records this information, this form will be destroyed.

**PLEASE PRINT**

1. Name: Guy (First) ______ (Middle) Odom (Last)

   List Alias Names, if any: ______

2. Any Current/Prior Prison ID Number(s): M27219

   Name of Prison(s): Dixon

3. Jail ID Number(s): 10CR33601

   Name of Jail(s): Cook County

4. Date of Birth: 7-4-89

5. Home Address (Do <u>not</u> use P.O. Box):

   Street Name and Number: 2600 N Brinton Ave

   City, State and Zip Code: Dixon IL, 61021-9532

Dixon C.C.
2600 N Brinton Ave
Dixon, IL 61021-9524

44-08

Melvin Price Fedl Bldg & US
Courthouse
750 Missouri Av
East Saint Louis, IL 62201

U.S. POSTAGE PITNEY BOW
ZIP 61021 $ 002.87
02 1W
0001386315 JAN 19 20

Privilege

RECEIVED
JAN 22 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE